MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
HAROLD J. ROSENTHAL, ESQ.
Nevada Bar No. 10208
THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
Tel.: (702) 366-0622
Fax: (702) 366-0327
mch@thorndal.com
hjr@thorndal.com

*Attorneys for Defendants MATTHEW JAMES WOLCHOK, FOX FREIGHT, INC. and CTU LIMITED GROUP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMARA MECHELL BOYD, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTHEW JAMES WOLCHOK, an individual; FOX FREIGHT, INC., a corporation; CTU LIMITED GROUP, a corporation; DOES 1-10; and ROE BUSINESS ENIITIES 1-10, <br><br> Defendants. | CASE NO.  2:22-cv-716 <br><br> **DEFENDANTS MATTHEW JAMES WOLCHOK, FOX FREIGHT, INC. AND CTU LIMITED GROUP'S PETITION FOR REMOVAL TO FEDERAL COURT** |

**DEFENDANTS MATTHEW JAMES WOLCHOK, FOX FREIGHT, INC. AND CTU LIMITED GROUP'S PETITION FOR REMOVAL TO FEDERAL COURT**

Defendants MATTHEW JAMES WOLCHOK, FOX FREIGHT, INC. and CTU LIMITED GROUP ("Defendants"), by and through their attorneys of record, THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, hereby remove Case Number A-21-832244-C from the Eighth Judicial District Court for Clark County, Nevada to the United States District Court for the District of Nevada pursuant to 28 United States Code sections 1441 and 1332.  A true and correct copy of the Complaint is attached hereto as Exhibit A.

On April 2, 2021, Plaintiff AMARA MECHELL BOYD filed a Complaint in the Eighth Judicial District for Clark County Nevada, alleging causes of action for Negligence and Negligence *Per Se*. Plaintiff alleges she is a resident of Clark County, Nevada. Defendant MATTHEW JAMES WOLCHOK is a resident of the State of Florida. Defendants FOX FREIGHT, INC. and CTU LIMITED GROUP are Illinois Corporations with their principal places of business in Elk Grove Village, Illinois and Chicago, Illinois, respectively. Therefore, there is complete diversity of citizenship pursuant to 28 USC 1332 (a).

Defendant FOX FREIGHT, INC. was served on May 19, 2021, Defendant CTU LIMITED GROUP was served on June 17, 2021, and Defendant MATTHEW JAMES WOLCHOK was served by Certified Mail Return Receipt Requested through the DMV upon which the DMV acknowledged receipt on August 17, 2021 and mailed the Summons and Complaint documents to Defendant MATTHEW JAMES WOLCHOK at the best address available. Although, DMV service was completed, it was not sent to Defendants' Counsel until March 21, 2023, when Plaintiff's new counsel provided it to defense counsel at which time Defendants filed their Answer to the Complaint on March 28, 2022.

This Petition is timely because Defendants were informed on April 27, 2022 that Plaintiff is asserting $165,866.06 in past medical specials. Previously, the medical specials that had been disclosed were $4,941.00 and there was no basis to remove the case to Federal Court until April 27, 2022 when, for the first time, Plaintiff disclosed that in fact she had incurred well over the amount in controversy. After suit was first filed, Plaintiff's prior counsel was negotiating with Defendants' insurance carriers and then Defendants' counsel on the basis of a pre-suit demand that included $4,941.00 in medical treatment, so when the Answer was filed on March 28, 2022 there was no basis at that time to seek removal as Defendants had not been informed that in fact

Plaintiff had incurred $165,866.06 in medical treatment.  Plaintiff's prior counsel withholding that fact from Defendants constituted bad faith.

      DATED this 4th day of May 2022.

                                                      THORNDAL ARMSTRONG DELK
                                                      BALKENBUSH & EISINGER

                                                      */s/ Michael C. Hetey, Esq.*
                                                      MICHAEL C. HETEY, ESQ.
                                                      Nevada Bar No. 5668
                                                      HAROLD J. ROSENTHAL, ESQ.
                                                      Nevada Bar No. 10208
                                                      1100 East Bridger Avenue
                                                      Las Vegas, Nevada 89101
                                                      *Attorneys for Defendants MATTHEW JAMES WOLCHOK, FOX FREIGHT, INC. and CTU LIMITED GROUP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of May 2022, service of the above and foregoing **DEFENDANTS MATTHEW JAMES WOLCHOK, FOX FREIGHT, INC. AND CTU LIMITED GROUP'S PETITION FOR REMOVAL TO FEDERAL COURT** was made upon each of the parties by placing a true and correct copy thereof in a sealed envelope placed in the United States Mail, postage pre-paid and addressed as follows.

Brian P. Clark, Esq.
Lukas B. McCourt
CLARK McCOURT
7371 Prairie Falcon Road, Suite 120
Las Vegas, NV 89128
*Attorneys for Plaintiff*
*AMARA MECHELL BOYD*

                                     */s/ Jennifer Hodge*
                                     An employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER

**EXHIBIT A**

Electronically Filed
4/2/2021 12:16 PM
Steven D. Grierson
CLERK OF THE COURT

**COMP**
MICHAEL C. VAN, ESQ., # 3876
TRAVIS J. ROBERTSON, ESQ., # 13387
**SHUMWAY VAN**
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Tel: (702) 478-7770
Fax: (702) 478-7779
michael@shumwayvan.com
travis@shumwayvan.com
*Attorneys for Plaintiff*

CASE NO: A-21-832244-C
Department 15

**EIGHTH JUDICIAL DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| AMARA MECHELL BOYD, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTHEW JAMES WOLCHOK, an individual; FOX FREIGHT, INC., a corporation; CTU LIMITED GROUP, a corporation; DOES 1-10; and ROE BUSINESS ENTITIES 1-10 <br><br> Defendants. | Case No.: <br> Dept No.: <br><br> **COMPLAINT** |

Plaintiff AMARA MECHELL BOYD ("*Plaintiff*"), by and through counsel of record undersigned, complains against Defendants MATTHEW JAMES WOLCHOK, ("*Mr. Wolchock*") FOX FREIGHT, INC ("*Fox Freight*"), CTU LIMITED GROUP ("*CTU*"), DOES 1-10, and ROE BUSINESS ENTITIES 1-10, as follows.

**PARTIES IN JURISDICTION**

1. The events and circumstances giving rise to this Complaint occurred in the city of Las Vegas, Clark County, Nevada.

2. Plaintiff, at all times material herein is and was a resident of Clark County, State of Nevada.

3. Upon information and belief, Mr. Wolchok, at all times material herein, was a resident of the State of Florida, with sufficient minimum contacts to subject it to the jurisdiction

1

of this Court.

4. Upon information and belief, Fox Freight, at all times material herein, was a corporation conducting business in the state of Nevada, with sufficient minimum contacts to subject it to the jurisdiction of this Court.

5. Upon information and belief, CTU, at all times material herein, was a corporation conducting business in the state of Nevada, with sufficient minimum contacts to subject it to the jurisdiction of this Court.

6. Defendants DOES 1-10 ("*Does*") and ROE BUSINESS ENTITIES 1-10 ("*Roe Business Entities*") are set forth herein pursuant to Rule 10 of the Nevada Rules of Civil Procedure. They constitute all persons or business entities currently unknown to Plaintiff who are believed to be responsible for the events and happenings in any of the following ways, including, but not limited to:

   a. Parties responsible in some manner for the events and happenings herein referred to that caused injuries and damages proximately to Plaintiff;
   b. Parties that are the agents, servants, employees, and/or contractors of the Defendants, each of them acting within the course and scope of their agency, employment, or contract;
   c. Parties that own, lease, manage, operate, secure, and/ or are responsible for premises or property involved in this matter; and
   d. Parties that have assumed the liabilities of any of the Defendants by virtue of an agreement, sale, transfer or otherwise.

At such time when the names of said DOES 1-10 and ROE BUSINESS ENTITIES 1-10 have been ascertained, Plaintiff will request leave from the court to amend this Complaint, insert their true names and capacities, and adjoin them in this action. All the Defendants listed in this action, including DOES 1-10 and ROE BUSINESS ENTITIES 1-10, are referred to herein as "*Defendants*."

7. Jurisdiction is obtained and venue is properly set in the Eight Judicial District Court for Clark County, Nevada.

2

## GENERAL ALLEGATIONS

6. Plaintiff incorporates all foregoing paragraphs as though these paragraphs were fully set forth herein.

7. On April 11, 2019, Plaintiff was at a full stop sign facing north at the intersection of Wynn Road and Harmon Avenue in Las Vegas, Nevada.

8. Mr. Wolchok was directly to the left of Plaintiff at the same intersection, driving a large truck and pulling an approximately 53 foot-long trailer.

9. While Plaintiff was still stopped, Mr. Wolchok made a wide right turn onto eastbound Harmon, causing the trailer and/or truck to strike Plaintiff's vehicle.

10. The truck driven by Mr. Wolchok was owned, operated, controlled, and/or maintained by Fox Freight, CTU, Does, and/or Roe Business Entities.

12. At the time of the collision, Mr. Wolchok was an employee, agent, and/or representative of Fox Freight, CTU, Does, and/or Roe Business Entities, acting within the scope of his employment, agency, and/or representation.

## FIRST CAUSE OF ACTION

### Negligence

13. Plaintiff incorporates all foregoing paragraphs as though these paragraphs were fully set forth herein.

14. Mr. Wolchok owed Plaintiff a duty of reasonable care to operate the truck and trailer in a safe and responsible manner under the circumstances.

15. Mr. Wolchok breached this duty of care by making an unsafe right-hand turn and causing the trailer and/or truck to strike Plaintiff's vehicle.

16. The truck and trailer driven by Mr. Wolchok was owned, operated, controlled, and/or maintained by Fox Freight, CTU, Does, and/or Roe Business Entities.

17. At the time of the collision, Mr. Wolchok was an employee, agent, and/or representative of Fox Freight, CTU, Does, and/or Roe Business Entities, acting within the scope of his employment, agency, and/or representation.

18. As such, Fox Freight, CTU, Does, and/or Roe Business Entities are also liable for Mr. Wolchok's actions under the theory of respondent superior.

19. As a direct and proximate result of the foregoing negligence, Plaintiff sustained bodily injuries and had to employ physicians and other health care providers to examine, treat, and care for these injuries, and has and/or will sustain damages for future treatment related to the same injuries, as well as lost wages, property damage, mental, physical, emotional pain and suffering, and attorney's fees, all in an amount in excess of $15,000.00.

## SECOND CAUSE OF ACTION

### Negligence *Per Se*

17. Plaintiff incorporates all foregoing paragraphs as though these paragraphs were fully set forth herein.

18. The actions of Mr. Wolchok violated the applicable traffic laws existing at the time of the collision, thus constituting negligence *per se*.

19. The truck and trailer driven by Mr. Wolchok was owned, operated, controlled, and/or maintained by Fox Freight, CTU, Does, and/or Roe Business Entities.

20. At the time of the collision, Mr. Wolchok was an employee, agent, and/or representative of Fox Freight, CTU, Does, and/or Roe Business Entities, acting within the scope of his employment, agency, and/or representation.

21. As such, Fox Freight, CTU, Does, and/or Roe Business Entities are also liable for Mr. Wolchok's actions under the theory of respondent superior.

22. As a direct and proximate result of the foregoing negligence, Plaintiff sustained bodily injuries and had to employ physicians and other health care providers to examine, treat, and care for these injuries, and has and/or will sustain damages for future treatment related to the same injuries, as well as lost wages, property damage, mental, physical, emotional pain and suffering, and attorney's fees, all in an amount in excess of $15,000.00.

WHEREFORE, Plaintiff, expressly reserving the right to amend this Complaint prior to or at the time of trial of this action and insert those items of damage not yet fully ascertainable, prays judgment against Defendants as follows:

**SHUMWAY VAN**
8985 South Eastern Avenue, Suite 100
Las Vegas NV 89123
Tel (702) 478-7770 Fax (702) 478-7779

1. For past and future special damages and general damages for injuries sustained by Plaintiff in an amount in excess of $15,000.00;

2. For reasonable attorney's fees and costs;

3. For pre-judgment and post-judgment interest at the statutory rate; and

4. For other relief that the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to NRCP 38, Plaintiff hereby demands a jury trial.

DATED this 2nd day of April, 2021.

**SHUMWAY VAN**

/s/ Travis J. Robertson
MICHAEL C. VAN, ESQ.
Nevada Bar No. 3876
TRAVIS J. ROBERTSON, ESQ.
Nevada Bar No. 13387

**SHUMWAY VAN**
8985 South Eastern Avenue, Suite 100
Las Vegas NV 89123
Tel (702) 478-7770 Fax (702) 478-7779