MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
HAROLD J. ROSENTHAL, ESQ.
Nevada Bar No. 10208
THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
Tel.: (702) 366-0622
Fax: (702) 366-0327
mch@thorndal.com
hjr@thorndal.com

*Attorneys for Defendants MATTHEW JAMES
WOLCHOK, FOX FREIGHT, INC. and
CTU LIMITED GROUP*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMARA MECHELL BOYD, an individual,<br><br>       Plaintiff,<br><br>vs.<br><br>MATTHEW JAMES WOLCHOK, an individual; FOX FREIGHT, INC., a corporation; CTU LIMITED GROUP, a corporation; DOES 1-10; and ROE BUSINESS ENIITIES 1-10,<br><br>       Defendants. | CASE NO.  2:22-cv-716<br><br>**DEFENDANTS MATTHEW JAMES WOLCHOK, FOX FREIGHT, INC. AND CTU LIMITED GROUP'S CERTIFICATE OF INTERESTED PARTIES** |

///

///

///

///

///

///

///

///

///

///

**DEFENDANTS MATTHEW JAMES WOLCHOK, FOX FREIGHT, INC. AND CTU LIMITED GROUP'S CERTIFICATE OF INTERESTED PARTIES**

Pursuant to LR 10-6, the undersigned counsel of record for Defendants MATTHEW JAMES WOLCHOK, FOX FREIGHT, INC. and CTU LIMITED GROUP certifies that there are no known interested parties other than those participating in the case.

DATED this 4th day of May 2022.

THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER

*/s/ Michael C. Hetey, Esq.*
MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
HAROLD J. ROSENTHAL, ESQ.
Nevada Bar No. 10208
1100 East Bridger Avenue
Las Vegas, Nevada 89101
*Attorneys for Defendants MATTHEW JAMES WOLCHOK, FOX FREIGHT, INC. and CTU LIMITED GROUP*

1

## CERTIFICATE OF SERVICE

2        I HEREBY CERTIFY that on the 4th day of May 2022, service of the above and

3   foregoing **DEFENDANTS MATTHEW JAMES WOLCHOK, FOX FREIGHT, INC. AND**

4   **CTU LIMITED GROUP'S CERTIFICATE OF INTERESTED PARTIES** was made upon

5   each of the parties by placing a true and correct copy thereof in a sealed envelope placed in the

6   United States Mail, postage pre-paid and addressed as follows.

7

8   Brian P. Clark, Esq.
    Lukas B. McCourt
9   CLARK McCOURT
    7371 Prairie Falcon Road, Suite 120
10  Las Vegas, NV 89128
    *Attorneys for Plaintiff*
11  *AMARA MECHELL BOYD*

12

13                                    */s/ Jennifer Hodge*
                                      An employee of THORNDAL ARMSTRONG
14                                    DELK BALKENBUSH & EISINGER

15

16

17

18

19

20

21

22

23

24

25

26

27

28